UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LAURA FLORES TAPIA,<br><br>Plaintiff,<br><br>v.<br><br>BURLINGTON COAT FACTORY OF TEXAS, INC., et al.,<br><br>Defendants. | Case No.: 1:23-cv-01294-JLT-CDB<br><br>**ORDER SETTING HEARING TO SHOW CAUSE**<br><br>(Docs. 4, 10) |

Plaintiff Maria Laura Flores Tapia is proceeding through counsel Jason Cole and Jonathan M. Kashani of the Law Office of Jonathan M. Kashani, P.L.C.

Counsel for Plaintiff now has filed two sworn declarations (Docs. 7, 11) in response to this Court's orders to show cause (Docs. 4, 10) pertaining to counsel's (1) delay in gaining admissions to practice in this District, (2) reported inability to receive filings and Court communications either via email or postal mail, and (3) failure to follow-through on his commitment to timely file a joint scheduling report and dismiss two non-appearing Defendants. Counsel for Plaintiff attests he is "embarrassed to be off to such an atrocious start" (Doc. 11 ¶ 15) but his responses to the Court's inquiries have been either nonresponsive or unsatisfactory.

First, while the undersigned is advised by staff of the Clerk of Court's office that counsel for Plaintiff has reapplied for admissions to practice in the District as of December 20, 2023, his

application was unaccompanied by the requirement payment; thus, he remains unadmitted to practice in the District – more than three months after removal of the action to this Court.

Second, CM/ECF records reflect that the relevant filings in this action have been transmitted to counsel for Plaintiff's noticed email address and office address. *See* Exhibit A and Exhibit B attached hereto. Counsel for Plaintiff's inexplicable representations that he is not receiving these is alarming and an issue that must be corrected.

Third, as to counsel for Plaintiff's most recent representation that neither he nor any of his staff have "any recall of a communication from the 'office of the Clerk of Court identified and communicated to counsel a deficiency in his application'" (Doc. 11 ¶ 8), the Court attaches hereto as Exhibit C the email transmitted to two email addresses ascribed to counsel for Plaintiff. Counsel for Plaintiff's inexplicable representation he does not "recall" this communication is alarming and an issue that must be corrected.

Fourth, notwithstanding counsel for Plaintiff's reiteration of his intent to file a joint scheduling report and dismiss the non-appearing Defendants (Doc. 11 ¶¶ 13, 14), he has done neither.

Accordingly, the parties are ORDERED TO APPEAR for a hearing on the Court's order to show cause on December 28, 2023, at 9:00 a.m. The parties shall appear at the conference remotely via Zoom video conference, and counsel may obtain the Zoom ID and password from the Courtroom Deputy prior to the conference.

IT IS SO ORDERED.

Dated: **December 22, 2023**               _____
                                           UNITED STATES MAGISTRATE JUDGE

2

```
MIME-Version:1.0
From:caed_cmecf_helpdesk@caed.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Nelson Xiang Dong Liu (nliu@klinedinstlaw.com), Magistrate Judge
Christopher D. Baker ,                                  , District Judge Jennifer L. Thurston

--Non Case Participants:
--No Notice Sent:

Message-Id:<12741257@caed.uscourts.gov>
Subject:Activity in Case 1:23-cv-01294-JLT-CDB Tapia v. Burlington Coat Factory of Texas,
Inc., et al Minute Order.
Content-Type: text/html
```

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of California - Live System

**Notice of Electronic Filing**

The following transaction was entered on 11/14/2023 at 12:53 PM PST and filed on 11/14/2023
**Case Name:**       Tapia v. Burlington Coat Factory of Texas, Inc., et al
**Case Number:**    1:23-cv-01294-JLT-CDB
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**MINUTE ORDER (Text Only Entry), signed by Magistrate Judge Christopher D. Baker on 11/14/2023:** On August 30, 2023, counsel for Plaintiff was directed to apply for admissions to practice before this Court (Doc. 3); to date, counsel has not complied with this direction. Further, in its notice of removal, Defendant Burlington Coat Factory of Texas, Inc. represents that the two other named co-Defendants (Burlington Coat Factory and Burlington) are unknown entities that have not been served. (Doc. 1 at par. 6). Thus, the Court questions whether Plaintiff has failed to comply with the Court's Order to diligently pursue service of process and promptly file summonses returned executed. (See Doc. 2). Accordingly, Plaintiff is ORDERED TO SHOW CAUSE in writing no later than November 21, 2023, why this action should not be dismissed for failure to prosecute this action and failure to comply with this Court's Local Rules. Plaintiff may satisfy this order if, before that date, counsel (1) applies for admissions, and (2) files either proof of service of the two co-Defendants identified herein, a notice of voluntary dismissal of these two co-Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), or a report setting forth good cause for the service delay. (Hall, S)

1:23-cv-01294-JLT-CDB Notice has been electronically mailed to:

Nelson Xiang Dong Liu     nliu@klinedinstlaw.com

1:23-cv-01294-JLT-CDB Electronically filed documents must be served conventionally by the filer to:

Jason Cole , NCAED
The Law Office of Jonathan M. Kashani, P.L.C.
Kash Legal Building
2839 South Robertson Boulevard
Los Angeles, CA 90034

Jonathan M. Kashani , NCAED
The Law Office of Jonathan M. Kashani, P.L.C.
Kash Legal Building
2839 Sought Robertson Boulevard
Los Angeles, CA 90034

```
MIME-Version:1.0
From:caed_cmecf_helpdesk@caed.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Nelson Xiang Dong Liu (nliu@klinedinstlaw.com), Jonathan M. Kashani,
NCAED (litigationteam@kashlegal.com), District Judge Jennifer L. Thurston
                                    , Magistrate Judge Christopher D. Baker

--Non Case Participants:
--No Notice Sent:

Message-Id:<12799333@caed.uscourts.gov>
Subject:Activity in Case 1:23-cv-01294-JLT-CDB Tapia v. Burlington Coat Factory of Texas,
Inc., et al Order to Show Cause.
Content-Type: text/html
```

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** There is no charge for viewing opinions.

## U.S. District Court

### Eastern District of California - Live System

**Notice of Electronic Filing**

The following transaction was entered on 12/18/2023 at 2:52 PM PST and filed on 12/18/2023

| | |
|---|---|
| **Case Name:** | Tapia v. Burlington Coat Factory of Texas, Inc., et al |
| **Case Number:** | 1:23-cv-01294-JLT-CDB |
| **Filer:** | |
| **Document Number:** | 10 |

**Docket Text:**
**FURTHER ORDER to SHOW CAUSE, signed by Magistrate Judge Christopher D. Baker on 12/18/2023.** *Show Cause Response due within 3 days.* (Hall, S)

1:23-cv-01294-JLT-CDB Notice has been electronically mailed to:

Jonathan M. Kashani , NCAED    litigationteam@kashlegal.com

Nelson Xiang Dong Liu    nliu@klinedinstlaw.com

1:23-cv-01294-JLT-CDB Electronically filed documents must be served conventionally by the filer to:

Jason Cole , NCAED
The Law Office of Jonathan M. Kashani, P.L.C.
Kash Legal Building
2839 South Robertson Boulevard
Los Angeles, CA 90034

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**

| | |
|---|---|
| **From:** | Roxanne Gonzalez |
| **Sent:** | Monday, December 11, 2023 11:35 AM |
| **To:** | jonathan@kashlegal.com |
| **Cc:** | litigationteam@kashlegal.com |
| **Subject:** | Attorney Admission Application |

Good Morning,

It appears the request you submitted through PACER.gov on Dec 5th, was a request to e-file, however, you are not currently admitted to practice in our district, the correct submission for new attorneys is an Application for Admission.

You will need to submit an Application for Admission through PACER.gov for the Eastern District of California. Once received, we will process and bill you for the admission fee.

Thank you,



Roxanne Gonzalez
Operations Supervisor
United States District Court
Eastern District of California
(559) 499-5622