**THE LAW OFFICE OF JONATHAN M. KASHANI, P.L.C.**
JONATHAN M. KASHANI, State Bar No. 266610
jonathan@kashlegal.com
Kash Legal Building
2839 South Robertson Boulevard
Los Angeles, California 90034
Telephone: (310) 272-7157
Facsimile: (310) 272-7746
litigationteam@kashlegal.com

Attorney for Plaintiff,
MARIA LAURA FLORES TAPIA

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LAURA FLORES TAPIA,<br><br>     Plaintiff,<br><br>vs.<br><br>BURLINGTON COAT FACTORY OF TEXAS, INC.; BURLINGTON COAT FACTORY; BURLINGTON; and DOES 1 to 100, inclusive.<br><br>     Defendants. | CASE NO.: 1:23−CV−01294−JLT−CDB<br><br>*Hon. Judge Jennifer L. Thurston Courtroom 4*<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND AND REMAND**<br><br>*[Concurrently Filed with Memorandum of Points and Authorities; Declaration of Jonathan M. Kashani; Proposed Order]*<br><br>Date: April 30, 2024<br>Time: 9: 00 a.m.<br>Courtroom: 4<br><br>Complaint Filed: August 18, 2023<br>Trial Date: April 8, 2025 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on April 30, 2024, at 9:00 a.m. in Courtroom 4 of the United States District Court, Eastern Division, located at 2500 Tulare Street, Fresno, California 93721. Plaintiff will seek leave to amend her complaint to add Defendant, Burlington employee, Tyler Watchorn, the manager of the store where Plaintiff slipped

and fell on July 10, 2021. Said employee was responsible for customer safety and store inspections on the date of the incident.

Prior to the filing of this motion, Plaintiff's counsel attempted to meet and confer with Defendant's counsel to discuss the motion and was unable to come to a resolution of the merits thereon.

Said motion shall be based on this notice, the memorandum of points and authorities, the declaration of Jonathan M. Kashani, the court file and pleadings, the proposed order and such other and further argument and evidence as may be heard at the time of the motion.

Dated: March 26, 2024       **THE LAW OFFICE OF JONATHAN M. KASHANI**

/s/ Jonathan M. Kashani
_____
**JONATHAN M. KASHANI, ESQ.**
*Attorney for Plaintiff,*
*MARIA LAURA FLORES TAPIA*

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the City of Los Angeles, County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 2839 South Robertson Boulevard, Los Angeles, California 90034.

On March 26, 2024, I served the documents named below on the parties in this Action as follows:

| DOCUMENT(S) SERVED: | **PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO AMEND AND REMAND** |
|---|---|
| SERVED UPON: | Nelson X. Liu, Esq. (SBN 339972)<br>Kevin J. Gramling, Esq. (SBN 188335)<br>**KLINEDINST PC**<br>2 Park Plaza, Suite 1250<br>Irvine, CA 92614<br>Telephone: (714) 542-1800<br>Facsimile: (714) 542-3592<br>E-Mail: nliu@klinedinstlaw.com; kgramling@klinedinstlaw.com; svaldivia@klinedinstlaw.com; cnguyen@klinedinstlaw.com<br>*Attorneys for Defendant, BURLINGTON COAT FACTORY OF TEXAS, INC.* |

[X]   BY ELECTRONIC MAIL: I caused the foregoing document to be sent to the persons at the electronic notification address(es) designated above. This is pursuant to *FRCP, Rule 5(b)(e)*. Therefore, the document(s) referenced above is/are served ONLY by using electronic mail.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 26, 2024, in Los Angeles, California.

    */s/ Lisa Mora*
_____
Lisa Mora