UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LAURA FLORES TAPIA,<br><br>Plaintiff,<br><br>v.<br><br>BURLINGTON COAT FACTORY OF TEXAS, INC.<br><br>Defendant. | Case No. 1:23-cv-01294-JLT-CDB<br><br>ORDER RE MOTION TO AMEND<br><br>(Doc. 22)<br><br>**3-DAY DEADLINE** |

On or about July 10, 2023, Plaintiff Maria Laura Flores Tapia ("Plaintiff") commenced an action in the Superior Court of the State of California, County of Kern, against Defendants Burlington Coat Factory of Texas, Inc., Burlington Coat Factory, Burlington, and Does 1 to 100. *See* (Doc. 1) ("Notice of Removal"), Exhibit 2. Plaintiff filed the operative first amended complaint on or about August 18, 2023. *Id*. ¶ 1 & Exhibit 1. After answering the first amended complaint in the state court action, Defendant Burlington Coat Factory of Texas, Inc., removed the action to this Court on August 29, 2023. (Doc. 1).

Pending before the Court is Plaintiff's motion for leave to amend and to remand. (Doc. 22). Plaintiff did not submit a proposed amended complaint with his motion as required by the Court's Local Rules. *See* Local Rule 137(c) ("If filing a document requires leave of court, such as an amended complaint after the time to amend as a matter of course has expired, counsel shall

1

attach the document proposed to be filed as an exhibit to moving papers seeking such leave…If the Court grants the motion, counsel shall file and serve the document in accordance with these Rules…").

Accordingly, IT IS HEREBY ORDERED, Plaintiff shall file within three (3) days of entry of this order a proposed amended complaint in accordance with the Local Rules.

Failure to timely comply with this order will result in Plaintiff's motion to amend being denied.

IT IS SO ORDERED.

Dated:   **April 22, 2024**

_____
UNITED STATES MAGISTRATE JUDGE

2