UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LAURA FLORES TAPIA,<br><br>Plaintiff,<br><br>v.<br><br>BURLINGTON COAT FACTORY OF TEXAS, INC., *et al*.<br><br>Defendants. | Case No. 1:23-cv-01294-JLT-CDB<br><br>ORDER ON STIPULATION REGARDING PHYSICAL EXAMINATION OF PLAINTIFF BY BRIAN D. RUDIN, M.D.<br><br>(Doc. 34) |

Pending before the Court is the parties' stipulation for a court order to conduct an independent medical examination of Plaintiff Maria Laura Flores Tapia ("Plaintiff") pursuant to Rule 35 of the Federal Rules of Civil Procedure. (Doc. 34). The parties represent an examination of Plaintiff will take place on July 19, 2024, at 1:00 p.m. by Brian D. Rudin, M.D. at Veritext City Center Plaza 900 Truxton Ave, #320, Conf Room, Bakersfield, CA 93301. *Id*. at 2. The parties detail the conditions and scope of the examination to be conducted. *Id*. at 2-4. Further, the parties note Plaintiff shall be responsible for any cancellation fee Dr. Rudin's office may impose. *Id*. at 4. With the exception of a cancellation fee which will be charged if Plaintiff fails to comply with Dr. Rudin's cancellation policy, Plaintiff will not assume financial responsibility for the cost of the examination. *Id*. at 2, 4.

The Court finds the parties' stipulation complies with Fed. R. Civ. P. 35(a)(2)(B).

1   Accordingly, IT IS HEREBY ORDERED, pursuant to Rule 35 of the Federal Rules of
2 Civil Procedure, Plaintiff shall appear for an independent medical examination consistent with
3 the parties' stipulated terms (Doc. 34).
4 IT IS SO ORDERED.

Dated:   **July 18, 2024**   _____
UNITED STATES MAGISTRATE JUDGE